

**Carrie J. Dyer Elrod, Esq.**
Direct Dial: (614) 610-9899
Email: Carrie@MansellLawLLC.com

June 11, 2026

**Via ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/2026
```

The Honorable Margaret M. Garnett
United States District Court,
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     *Winnie Sabbat v. COLORSxSTUDIOS, INC., et al.*
        Case No.: 25-CV-05819 (MMG)

**<u>Motion to Adjourn October 1, 2026 Conference</u>**

Dear Judge Garnett:

I represent Plaintiff Winnie Sabbat in the above-referenced matter. I write respectfully to request a brief adjournment of the post-fact discovery conference that the Court has scheduled for October 1, 2026 at 9:30 a.m. I have preplanned out-of-state travel with family that week and I am unavailable to appear on October 1.

The original conference date was July 30, 2026 at 9:30 a.m. By Order dated June 10, 2026, the Court granted the parties' joint request to extend the fact discovery deadline and adjourned the post-fact discovery conference to October 1, 2026 at 9:30 a.m. This is Plaintiff's first request to adjourn the October 1, 2026 conference. Defendants consent to this request.

I have conferred with Defendants' counsel regarding alternative dates. The parties are available on **September 22, September 23, October 7, October 8, and October 9, 2026**. The requested adjournment should not affect any other scheduled deadlines. Accordingly, Plaintiff respectfully requests that the Court adjourn the October 1, 2026 conference to one of the alternative dates listed above, or to another date convenient for the Court.

GRANTED. The post-fact discovery conference previously scheduled for October 1, 2026 is hereby ADJOURNED until **October 8, 2026 at 9:30 A.M.**

SO ORDERED. Dated June 12, 2026.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Sincerely,

**Mansell Law LLC**

*/s/ Carrie J. Dyer Elrod*

Carrie J. Dyer Elrod, Esq.