MANSELL LAW LLC

**Carrie J. Dyer Elrod, Esq.**
Direct Dial: (614) 610-9899
Email: Carrie@MansellLawLLC.com

October 6, 2026

**Via ECF**

The Honorable Margaret M. Garnett
United States District Court,
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re:** ***Winnie Sabbat v. COLORSxSTUDIOS, INC., et al.***
**Case No.: 25-CV-05819 (MMG)**

**Joint Letter Regarding Settlement**

Dear Judge Garnett:

I represent Plaintiff Winnie Sabbat in the above-referenced matter. I write jointly with counsel for Defendants. We are writing to notify the Court that the parties have reached a settlement in principle for all claims asserted in this action. The parties are currently working to memorialize the terms in a written settlement agreement, and we anticipate filing a stipulation of dismissal within the coming weeks.

Sincerely,

**Mansell Law LLC**

/s/ Carrie J. Dyer Elrod

Carrie J. Dyer Elrod, Esq.

*cc: All counsel of record, via ECF*